Filed: 6/18/2018 2:36 PM
Clerk
Steuben County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE STEUBEN CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF STEUBEN | ) | CAUSE NO. 76C01-1805-CT-000202 |

KATHY HALL and CLIFFORD HALL,   )
                                )
        Plaintiffs,              )
                                )
vs.                             )
                                )
MARK SOUDER,                    )
UNITED STATES POSTAL SERVICE,   )
PITNEY BOWES, INC.,             )
FRANK NESTER,                   )
and                             )
NESTER CONSTRUCTION,            )
                                )
        Defendants.              )

## SECOND AMENDED COMPLAINT FOR DAMAGES

### COUNT I

Plaintiffs, Kathy Hall and Clifford Hall, for their first claim for relief, state:

1. On January 15, 2016, Plaintiff, Kathy Hall, was on the premises of the Defendants, Mark Souder, United States Postal Service, and/or Pitney Bowes, Inc., located at 104 North Bridge Street in Corunna, DeKalb County, Indiana, when she slipped and fell on ice on a walkway.

2. The injuries and damages were the responsible result of the carelessness and negligence of agents and/or employees of the Defendants, Mark Souder, United States Postal Service, Pitney Bowes, Inc., Frank Nester, and Nester Construction, by failing to carefully inspect and maintain the property in a safe condition, failing to properly remove snow and ice from a walkway, failing to apply salt to a walkway, and for failing to warn of dangerous conditions.

3. As a result of the fall, Plaintiff, Kathy Hall, sustained injuries which will be permanent and suffered and continues to suffer physical and mental pain.

**EXHIBIT A**

4. As a further result of the fall, Plaintiff, Kathy Hall, incurred hospital and medical expenses, lost wages, and may incur such expenses and losses in the future, as well as the loss of a whole and useful life.

WHEREFORE, Plaintiffs, Kathy Hall and Clifford Hall, demand judgment against the Defendants, Mark Souder, United States Postal Service, Pitney Bowes, Inc., Frank Nester, and Nester Construction, in an amount that will reasonably compensate them for the injuries and damages sustained, for the costs of this action and for all other just and proper relief in the premises and for trial by jury.

## COUNT II

Plaintiffs, Kathy Hall and Clifford Hall, for their second claim for relief, state:

1. Plaintiffs, Kathy Hall and Clifford Hall, reallege rhetorical paragraphs 1 through and including 4 of Count I of this Complaint for Damages as if fully set forth herein and by reference make them a part of this Count II.

2. At all times material to the allegations of Count II of this Complaint, Clifford Hall was the spouse of Plaintiff, Kathy Hall.

3. As a result of the carelessness and negligent acts of the Defendants, Mark Souder, United States Postal Service, Pitney Bowes, Inc., Frank Nester, and Nester Construction, he lost the services and consortium of his spouse.

WHEREFORE, Plaintiffs, Kathy Hall and Clifford Hall, demand judgment against the Defendants, Mark Souder, United States Postal Service, Pitney Bowes, Inc., Frank Nester, and Nester Construction, in an amount that will reasonably compensate them for the injuries and damages sustained, for the costs of this action and for all other just and proper relief in the premises

**EXHIBIT A**

and for trial by jury.

BLACKBURN & GREEN

By: s/ Chad Romey
Chad Romey (28326-02)
4203 West Jefferson Boulevard
Fort Wayne, Indiana 46804
Telephone: (260) 422-4400
Facsimile: (260) 436-4404
*ATTORNEY FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 18th day of June, 2018, I electronically filed the foregoing with the Clerk of Court using the Efile incourts.gov system which sent notification of such filing to the following:

James J. Shea, Sr., Esquire
Scott L. Bunnell, Esquire
HUNT SUEDHOFF KALAMAROS LLP
803 South Calhoun Street, 9th Floor
Fort Wayne, Indiana 46802

James H. Milstone, Esquire
Orfej P. Najdeski, Esquire
KOPKA PINKUS DOLIN PC
550 Congressional Boulevard, Suite 310
Carmel, Indiana 46032

s/ Chad Romey
Chad Romey

**EXHIBIT A**