AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

KATHY HALL and CLIFFORD HALL
        Plaintiff(s)

v.     **Civil Action No.**     1:18cv210

MARK SOUDER, UNITED STATES POSTAL SERVICE,
PITNEY BOWES INC, FRANK NESTER and
NESTER CONSTRUCTION
        Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of ____% plus post-judgment interest at the rate of ____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: Plaintiffs, Kathy Hall and Clifford Hall's claims are DISMISSED WITHOUT PREJUDICE.  The Court RELINQUISHES JURISDICTION over the remaining state law claims and REMANDS the case to the Steuben Circuit Court.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided  by Chief Judge   Theresa L. Springmann on Motion to Dismiss

DATE:  3/4/19        ROBERT TRGOVICH, CLERK OF COURT

                              by    s/Monica Clawson
                                  *Signature of Clerk or Deputy Clerk*